# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PAULA PRATT-HILL and JONATHAN TYLER,<br><br>    Plaintiffs,<br><br>v.<br><br>HIGHLINE WARREN LLC,<br><br>    Defendant. | No. 2:23-cv-02560-SHL-cgc |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on November 20, 2023.

Present were Ralph T. Gibson, counsel for Plaintiffs, and Desiree Goff, counsel for Defendant.

At the conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):**  December 4, 2023

**MOTIONS TO JOIN PARTIES:**  January 22, 2024

**MOTIONS TO AMEND PLEADINGS:**  January 22, 2024

**MOTIONS TO DISMISS:**  January 22, 2024

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a)**    **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):**
        February 12, 2024

        Mediator must file Mediation Certification Form:
        https://www.tnwd.uscourts.gov/local-forms

    **(b)**    **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

        **MEDIATOR'S NAME:**  Melissa Maravich

**COMPLETING ALL DISCOVERY:**  July 22, 2024

    **(a)**    **WRITTEN DISCOVERY**[1]**:** July 22, 2024

    **(b)**    **DEPOSITIONS:** July 22, 2024

    **(c)**    **EXPERT WITNESS DISCLOSURES (Rule 26):**

        **(1)**    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** May 20, 2024

        **(2)**    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** June 20, 2024

        **(3)**    **EXPERT WITNESS DEPOSITIONS:** July 22, 2024

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** August 23, 2024

**FILING DISPOSITIVE MOTIONS:** August 23, 2024

**JOINT PROPOSED PRETRIAL ORDER DUE:** November 26, 2024
E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to:
ECF_Judge_Lipman@tnwd.uscourts.gov

**PRETRIAL CONFERENCE DATE:** Friday, December 6, 2024 at 10:30 a.m.
All counsel participating in the trial must be present in person at the pretrial conference.

**JURY TRIAL:** December 16, 2024 at 9:30 a.m. Trial is anticipated to last approximately 3-4 days.

The parties do not consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS:**

    Disclosure or discovery of electronically stored information should be handled as follows: by e-mail with attachments or link for download, on disc (CD, flash drive), or hard copies of documents.

    Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

    Pursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice via ECF confirming that the ADR was conducted and indicating whether it was

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

successful or unsuccessful, without disclosing the parties' respective positions at the ADR.  The Mediator must file a Mediation Certification form, as noted above.

Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall, be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion.  Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56, without leave of the court.  Pursuant to Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply within 7 days of service of the response, setting forth the reasons why a reply is required.

***This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.***

**IT IS SO ORDERED,** this 20th day of  November, 2023.

                                               s/ Sheryl H. Lipman
                                               SHERYL H. LIPMAN
                                               CHIEF UNITED STATES DISTRICT JUDGE